768

decision of this application.  *Messrs. Jackson A. Dykman* and *Ralph W. Crolly* for petitioner.  *Messrs. Charles H. Kelby* and *Charles M. McCarty* for Prudence-Bonds Corp. et al.; and *Mr. Samuel Silbiger* for George E. Eddy,—respondents.

No. 910.  TAPIA *v.* UNITED STATES.  June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Pedro E. Sanchez Tapia, pro se.  Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* and *Miss Melva M. Graney* for the United States.

No. 981.  WHITE ET AL. *v.* UNITED STATES.  June 7, 1943.  Petition for writ of certiorari to the Court of Claims denied.  *Ben White, pro se.  Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 987.  BURALL *v.* JOHNSTON, WARDEN.  June 7, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Louis Burall, pro se.  Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1032.  SLAUGHTER *v.* MADISON ET AL.  June 7, 1943.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.  *Mr. Elwood G. Hubert* for petitioner.